NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent,*

*v.*

JOSE ABEL CABRERA-SOMOSA, *Petitioner.*

No. 1 CA-CR 21-0400 PRPC
FILED 1-20-2022

Petition for Review from the Superior Court in Maricopa County
No.  CR2008-006195-001
The Honorable Ronee Korbin Steiner, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Amanda M. Parker
*Counsel for Respondent*

Jose Abel Cabrera-Somosa, Yuma
*Petitioner*

---

**MEMORANDUM DECISION**

---

Presiding Judge Maria Elena Cruz, Judge Samuel A. Thumma, and Judge Michael J. Brown delivered the decision of the Court.

---

**PER CURIAM**:

**¶1**　　　　Petitioner Jose Abel Cabrera-Somosa seeks review of the superior court's order denying his petition for post-conviction relief. This is petitioner's sixth successive petition.

**¶2**　　　　Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012). It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**　　　　We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. We find that petitioner has not established an abuse of discretion.

**¶4**　　　　We grant review and deny relief.

